2jgmtwoh (5/19)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Ray Allen Danley and Trina L Danley
**Debtor**

**J. Kevin Checkett**
    Plaintiff(s)

v.

**Carvana, LLC**
    Defendant(s)

*Bankruptcy Case No.*
19−60880−can7

*Adversary Case No.*
19−06029−can

# JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without a trial or hearing.

IT IS ORDERED AND ADJUDGED: the lien of Carvana, LLC in and to the 2018 Toyota Camry is void. Carvana, LLC shall not be entitled to assert any secured lien against the 2018 Toyota Camry as an asset in this bankruptcy estate or otherwise.

ORDERED, that judgment is entered in favor of J. Kevin Checkett, Trustee in Bankruptcy, and against Carvana, LLC.

ORDERED, that Carvana did not properly perfect its security interest in 2018 Toyota Camry VIN #4T1B11HK7JU075558, and that said creditor has no security interest or valid lien in the vehicle and shall not be entitled to enforce same in this bankruptcy proceeding.

ORDERED, the Court directs that Carvana, LLC assist the Chapter 7 Trustee in obtaining any necessary title documents relating to the 2018 Toyota Camry and shall release any lien of record with respect to so asset.

ORDERED, the Court grants the Chapter 7 Trustee a limited power of attorney, in this case only, to execute on behalf of creditor Carvana, LLC any necessary lien release to show its alleged lien as released with respect to the 2018 Toyota Camry.

IT IS FURTHER ORDERED AND ADJUDGED that the Missouri Department of Revenue be and is hereby ordered to issue a new Missouri certificate of title for the 2018 Toyota Camry VIN #4T1B11HK7JU075558 in the name of the Chapter 7 Trustee or to his buyers or assigns without any lien noted thereon. The Chapter 7 Trustee is authorized to execute any and all documents necessary and required by the Missouri Department of Revenue to obtain a new certificate of title.



By: /s/ Cynthia A. Norton
    United States Bankruptcy Judge

Date of issuance: 5/14/20

Court to serve